DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TECH FALL HOLDINGS I, LLC,**
Appellant,

v.

**DAVID ROONEY, M.D.,** an individual, **PATRICIA ROONEY, D.O.,** an individual, **PATRICIA L. ROONEY, D.O., P.A.,** a Florida for-profit corporation, **GERIATRIC HEALTH SYSTEMS, INC.,** a Florida for-profit corporation**, HEALTH SIGNALS HOME CARE SERVICES, INC.,** a Florida for-profit corporation, **PD COMM, LLC,** a Florida Limited Liability Company, and **BROWARD HEALTH SYSTEMS, LLC,** a Florida Limited Liability Company,
Appellees.

No. 4D2023-2074

[August 1, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McHugh, Judge; L.T. Case No. COCE21-062486.

Kara Rockenbach Link and Daniel M. Schwarz of Link & Rockenbach, PA, and Jordan A. Shaw and Kimberly A. Slaven-Hauth of Zebersky Payne Shaw Lewenz, LLP, for appellant.

Paul O. Lopez, Ryan H. Lehrer, and Jennifer A. Bautista of Tripp Scott, P.A. for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***